# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MICHAEL EDWARD PAIR,

     VS                                     CASE NO.  5:05cv137/SPM/MD

OFFICER AARON WILSON, ET AL

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   January 11, 2007

Type of Motion/Pleading: MOTION FOR CONTINUANCE AND FOR LEAVE OF THE COURT TO BEGIN DISCOVERY.

Filed by: PLAINTIFF         on 1/11/07     Document   53

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

                              WILLIAM M. McCOOL, CLERK OF COURT

                              /s/ Teresa Cole

                              Deputy Clerk: Teresa Cole

## ORDER

Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2007, that:

(a)   The requested relief is DENIED.

(b)   Plaintiff was first directed to respond to the defendants' special reports (within 30 days) on April 5, 2006. His response was filed on October 13, 2006, after he was granted numerous extensions of time.  The parties were advised, via court order, that the special reports would be taken under advisement as motions for summary judgment on January 8, 2007, but plaintiff did not file his most recent request for discovery until that date, over eight months after the special reports were filed. In addition, the request is vague and does not establish a need for the requested discovery.

/s/ *Miles Davis*

Entered On Docket: _____ By: _____

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP   MILES DAVIS

Copies sent to:_____ UNITED STATES MAGISTRATE JUDGE

_____

_____

Document No.