## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MICHAEL EDWARD PAIR

    VS                                    CASE NO.  5:05cv137/SPM/MD

AARON WILSON, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   January 30, 2007
Type of Motion/Pleading: MOTION TO RECONSIDER ORDER OF 1/12/2007 DENYING PLAINTIFF'S MOTION FOR LEAVE TO BEGIN DISCOVERY.
Filed by: PLAINTIFF   on 1/29/07   Document   55
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on           Doc.#
                                      on           Doc.#
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                       /s/ Teresa Cole
                                      Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 9th day of February, 2007, that:

(a) The requested relief is DENIED.
(b) _____

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.