# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MICHAEL EDWARD PAIR,

    VS                                         CASE NO.   5:05cv137/SPM/MD

OFFICER AARON WILSON, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   February 5, 2007

Type of Motion/Pleading: AMENDED MOTION TO RECONSIDER ORDER (DOC #54) DENYING PLAINTIFF MOTION FOR LEAVE TO BEGIN DISCOVERY, STATEMENT OF DISPUTED ISSUES AND AFFIDAVIT IN OPPOSITION TO SUMMARY JUDGMENT.

Filed by: PLAINTIFF      on 2/5/07      Document   56

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 9th day of February, 2007, that:

(a) The requested relief is DENIED.

(b) The court will consider the affidavit in opposition to summary judgment and the materials submitted by the plaintiff in ruling on the summary judgment motion.

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Document No.