IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL EDWARD PAIR,

    Plaintiff,

vs.                                           5:05-CV-137-SPM/MD

OFFICER AARON WILSON,
DEPUTY GREG DEARTH,
INV. ROBERT DUNCAN;
INV. RICHARD BAGWELL,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Magistrate Judge's "Report and Recommendation" (doc. 62) dated July 27, 2007. The parties have all been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on August 17, 2007 (doc. 63).

Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made. The objections consist mainly of a rehashing of the arguments laid out in Plaintiff's initial complaint. In his objections, Plaintiff emphasizes certain facts he believes favorable to his case and attempts to discount others, but is ultimately unable to show that the

magistrate's conclusions were incorrect.  Plaintiff's objections do not rise to the level of showing entitlement to any relief beyond that which has already been identified by the Magistrate Judge.  This Court finds that the magistrate was thorough, complete, and correct in his conclusions.  The Report and Recommendation explains clearly why Plaintiff is not entitled to complete relief, and this Court has determined that the findings therein should be adopted.

The Magistrate Judge correctly analyzed the law and properly identified the need to make a factual determination of the time lapse between the writing of the citation and the arrival of the drug dog during the June 3 traffic stop.  Judge Davis will address this issue on remand.  And regarding the arrest and search of Plaintiff's home on October 1, 202, the Magistrate Judge explained and properly substantiated his finding that Plaintiff's Fourth Amendment rights were not violated.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 62) is adopted and incorporated by reference in this order.
2. The motion for summary judgment submitted by Defendants Dearth, Duncan, and Bagwell (doc. 20) is ***granted***.
3. Regarding Plaintiff's Fourth Amendment claim against Defendant Wilson relating to the arrest and seizure on October 1, 2002, the Defendant's motion for summary judgement is ***granted***.

4. Regarding Plaintiff's Fourth Amendment claim against Defendant Wilson relating to the traffic stop on June 3, 2002, the Defendant's motion for summary judgement is *denied*.

5. This matter is remanded to the magistrate judge for further proceedings.

**DONE AND ORDERED** this thirtieth day of August, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge