IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL EDWARD PAIR,

    Plaintiff,

vs.                                  CASE NO. 5:05cv137/RS-MD

OFFICER AARON WILSON,

    Defendant.
_____/

## ORDER

Before me are Plaintiff's Eleventh Circuit Transcript Information Form (Doc. 157), which I have construed as a motion for a free transcript, and Plaintiff's Response to Order to Show Cause (Doc. 168), in which Plaintiff attempts to explain why he is entitled to a free transcript of the bench trial on July 30, 2009. That bench trial involved Plaintiff's §1983 claim which arose out of the investigative stop, detention, and search of Plaintiff on June 3, 2002. I found for Plaintiff as to that claim. In his response, Plaintiff contends that he is entitled to a free transcript of the bench trial for the purpose of challenging the adverse summary judgment (Doc. 64) which was granted by District Judge Stephan P. Mickle on August 30, 2007, and involves Plaintiff's claim arising out of an arrest and seizure on October 1, 2002. Plaintiff's attempt to now appeal that summary judgment is untimely. Furthermore, I find that the evidence presented during the bench trial (of the June 3, 2002 incident) on July 30, 2009, is not relevant to the October 1, 2002 incident, which Plaintiff apparently seeks to "piggy-back" in the present appeal. There is no merit to what Plaintiff attempts to do. Plaintiff's attempt to now

appeal the 2007 summary judgment is frivolous. Therefore, a transcript is not necessary.

Plaintiff's Motion For Free Transcript, in the form of the Eleventh Circuit Transcript Information Form (Doc. 157), is **denied**.

**ORDERED** on November 19, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**